**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The RoomPlace Furniture and Mattress LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  TRP Acquisition, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3745864** |

4. **Debtor's address**

**Principal place of business**

**1000-46 Rohlwing Rd.**
**Lombard, IL 60148**
Number, Street, City, State & ZIP Code

**DuPage**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.theroomplace.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | The RoomPlace Furniture and Mattress LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4491__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor   **The RoomPlace Furniture and Mattress LLC**                   Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **TRP Brands LLC** | | Relationship | **Affiliate** |
| District | **Northern District of Illinois** | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **The RoomPlace Furniture and Mattress LLC**                    Case number (*if known*)
_____
Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The RoomPlace Furniture and Mattress LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2024**
MM / DD / YYYY

**X /s/ Valerie Berman-Knight**
Signature of authorized representative of debtor

**Valerie Berman-Knight**
Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ E. Philip Groben**
Signature of attorney for debtor

Date **February  2, 2024**
MM / DD / YYYY

**E. Philip Groben 6299914**
Printed name

**Gensburg Calandriello & Kanter, P.C.**
Firm name

**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 263-2200**    Email address _____

**6299914 IL**
Bar number and State

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Fill in this information to identify the case:

Debtor name    **The RoomPlace Furniture and Mattress LLC**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):   _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Albany Industries 504 N Glenfield Rd New Albany, MS 38652** | | | | | | **$2,119,350.00** |
| **Altimate Delivery Service, Inc. 3214 Wild Meadow Lane Aurora, IL 60504** | | | | | | **$3,026,257.00** |
| **Ashley Furniture Corp. 1 Ashley Way Arcadia, WI 54612** | | | | | | **$7,223,320.00** |
| **Bldg Manageement Co Inc. 417 Fifth Avenue Suite 400 New York, NY 10016** | | | | | | **$3,129,007.00** |
| **Blue Cross Blue Shield of IL 25550 Network Pl Chicago, IL 60673-1255** | | | | | | **$4,205,433.00** |
| **Deliveright Logistics, Inc. 20 Pulaski St Bayonne, NJ 07002** | | | | | | **$2,298,614.00** |
| **Elements International Group 2020 Industrial Blvd Rockwall, TX 75087** | | | | | | **$3,303,521.00** |
| **Global Furniture, USA 47 6th St East Brunswick, NJ 08816** | | | | | | **$1,955,091.00** |

Debtor   **The RoomPlace Furniture and Mattress LLC**                    Case number *(if known)* _____
                   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Google LLC Dept 33654 San Francisco, CA 94139** | | | | | | **$4,657,215.00** |
| **Jackson Furniture Industries 180 Industrial Lane Cleveland, TN 37364** | | | | | | **$2,230,420.00** |
| **James Campbell Company LLC Chicago Industrial Portfolio Chicago, IL 60691-0183** | | | | | | **$2,562,900.00** |
| **Jason Furniture Ltd d/b/a Kuka 113-11th St Hangzhou Zhejiang Cnzhe** | | | | | | **$3,988,335.00** |
| **Locksley Place 7300 Fulton Ave North Hollywood, CA 91605** | | | | | | **$2,013,094.00** |
| **Meta Platforms, Inc. Attn:  Accounts Receivable Chicago, IL 60693** | | | **Disputed** | | | **$2,112,742.00** |
| **Pegasus Logistics Group, Inc. PO Box 679018 Dallas, TX 75267** | | | | | | **$1,934,443.00** |
| **Simmons 1809 Adel St Janesville, WI 53547** | | | | | | **$2,425,596.00** |
| **The Sussman Agency 29200 Northwestern Highway Southfield, MI 48034** | | | | | | **$9,036,232.00** |
| **Ther-a-Pedic Midwest, Inc. 2350 5th St Rock Island, IL 61201** | | | | | | **$2,848,819.00** |
| **Vertex 25528 Network Pl Chicago, IL 60673** | | | | | | **$7,373,572.00** |
| **Zieco Carriers of Indiana 8304 Kennedy Ave Highland, IN 46322** | | | | | | **$4,163,345.00** |

.

2 West
2 West Delaware Place
Chicago, IL 60610


29 Logistics, LLC
PO Box 204
Union Grove, WI 53182


8401 Michigan Road, LLC
9662 Allisonville Road
Indianapolis, IN 46250


A & R Katz Management Inc.
8239 Solutions Center
Chicago, IL 60677-1187


A+ Plumbing, Inc.
733 Estes Avenue
Wheeling, IL 60090


A.L.F. Uno S.P.A.
Via S Piox, 17
Francenigo Italy 31018


A.W. Companies, Inc.
PO Box 85114
Chicago, IL 60689


Abbyson Living
26500 Agoura Rd #102-875
Calabasas, CA 91302


Acadia Merrillville Realty, L.P.
c/o Acadia Realty Trust
411 Theodore Fremd Avenue, Suite 30
Rye, NY 10580


Acadia Merrillville Realty, LP
PO Box 415980
Boston, MA 02241-5980


ACC Business
PO Box 5077
Carol Stream, IL 60197

Accurate Employment
Screening, LLC
Chicago, IL 60674


Acino & Sons Decorating, Inc.
432 Charles Dr
Elk Grove Village, IL 60007


Action Truck Parts Vipar
1 Seidel Ct
Bolingbrook, IL 60490


Addison Group
7076 Solutions Center
Chicago, IL 60677


Adesso
353 W 39th Street
New York, NY 10018-1645


ADP, Inc.
PO Box 830272
Philadelphia, PA 19182


ADT Commercial LLC
PO Box 219044
Kansas City, MO 64121-9044


AES Indiana
PO Box 110
Indianapolis, IN 46206-0110


Affordable Cabinets, Inc.
300 Frontier
Bensenville, IL 60106


Akamai Technologies Inc.
General Post Office
New York, NY 10087


Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505

Albany Industries
504 N Glenfield Rd
New Albany, MS 38652


All-Ways
PO Box 8695
Elizabeth, NJ 07208


Allianz Global Corporate
& Specialty
Carol Stream, IL 60132


Allied Garage Door, Inc.
PO Box 817
Lombard, IL 60148


Altimate Delivery Service, Inc.
3214 Wild Meadow Lane
Aurora, IL 60504


Alyssa Yudt
9957 Cummings Street
Huntley, IL 60142


Ameren Illinois
300 Liberty
Peoria, IL 61602


American Global Logistics
309 E Paces Ferry Rd
Atlanta, GA 30305


American Handyman
dba Advance Glass & Facility Repair
Frankfort, IL 60423


Amini Innovation Corp.
8725 Rex Rd
Pico Rivera, CA 90660


Andfel Company
1225 Sieboldt Quarry Rd
Springville, IN 47462

Anthony California
14485 Monte Vista
Chino, CA 91710


Antoinette Sanders
PO Box 20164
Indianapolis, IN 46220


Applied Planning Solutions LLC
PO Box 295
Brookfield, WI 53008


Apricot Furnishings Co. Ltd.
East Weiming Village
Foho Industrial Zo
Suzhou City 215211, IL


Aramark
22808 Network Place
Chicago, IL 60673


Archivizer Likmited
Room 2302, 23-F, Lee Garden Two
Causeway Bay Central Hkg


Aria Designs
800 Golfview Park
Lenoir, NC 28645


Arnold E. Patiag
4145 Five Points Road
Indianapolis, IN 46239


Ashley Furniture Corp.
1 Ashley Way
Arcadia, WI 54612


Aspenhome; Furniture Values In
601 North 75th Ave
Phoenix, AZ 85043


Associated Credit Services Inc.
PO Box 1201
Tewksbury, MA 01876

Associated Integrated Supply Chain
133 N Swift Rd
Addison, IL 60101


ATN Technology Inc.
830 N Madison St
Crown Point, IN 46307


ATS Design Studio, Inc.
215 Park St
Bensenville, IL 60106


Attentive Mobile, Inc.
PO Box 200659
Pittsburgh, PA 15251


Automatic Fire Controls, Inc.
8940 W 192nd St, Unit M
Mokena, IL 60448


B&R Repair, Inc.
9903 Jeans Road
Lemont, IL 60439


B. Riley Advisory &
Valuation Services, LLC
Los Angeles, CA 90084


Balers Inc.
5104 Thatcher Road
Downers Grove, IL 60515


Banksystems Marketing Inc.
1253 Eagan Industrial Road
Eagan, MN 55121


Barrington Staffing
PO Box 5089
West Hills, CA 91308-5089


Bauer Built Tire
850 N Independence Blvd
Romeoville, IL 60446

BBB
151 N Delaware St #2020
Indianapolis, IN 46204-2599


BBP I, L.L.C.
c/o Lawrence Bober, RSM McGladrey
One South Wacker Drive Suite 800
Chicago, IL 60606


BBP I, LLC
Attn: Kathy Hydo
Oakbrook Terrace, IL 60181


BBP II, L.L.C.
c/o Lawrence Bober, RSM McGladrey
One South Wacker Drive Suite 800
Chicago, IL 60606


BBP II, LLC
Attn: Kathy Hydo
Oakbrook Terrace, IL 60181


BBP IV, LLC
Attn: Kathy Hydo
Oakbrook Terrace, IL 60181


BBP V, L.L.C.
c/o Lawrence Bober, RSM McGladrey
One South Wacker Drive Suite 800
Chicago, IL 60606


BBP V, LLC
Attn: Kathy Hydo
Oakbrook Terrace, IL 60181


BBP VII, LLC
FGMK-Attn: Kathy Hydo
Oakbrook Terrace, IL 60181


BBPIV, L.L.C.
c/o Lawrence Bober, RSM McGladrey
One South Wacker Drive, Suite 800
Chicago, IL 60606

BBPVI, L.L.C.
c/o Lawrence Bober, RSM McGladrey,
One South Wacker Drive Suite 800
Chicago, IL 60606


Beacon Hill Staffing Group LLC
PO Box 846193
Boston, MA 02284


Bedgear, LLC
200 Sea Lane
Farmingdale, NY 11735


Bench Craft, Inc.
One Ashley Way
Arcadia, WI 54612-1218


Berman Management Inc.
Lombard, IL 60148


Bernards Inc.
PO Box 5345
Buffalo Grove, IL 60089


Best Edit Studios
29200 Northwestern Hwy
Southfield, MI 48034


Bison Transport USA
PO Box 217
Amherst, WI 54406


Black Mountain Pastics Corp
1024 Misty Rose Ave
Henderson, NV 89074


BLDG Illinois LLC
c/o BLDG Managment Co., Inc.
417 FIfth Ave., Ste. 400
New York, NY 10016

Bldg Managemeent Co Inc.
417 Fifth Avenue
Suite 400
New York, NY 10016


Blue Cross Blue Shield of IL
25550 Network Pl
Chicago, IL 60673-1255


Blue Cross Blue Shield of IL
Ancillary Billing Department
Chicago, IL 60678


Blueally Technology Solutions
PO Box 75184
Chicago, IL 60675


Blueram Technology
1755 Park St, Suite 200
Naperville, IL 60563


Bob Clark
CCI Commercial Interiors
Sandwich, IL 60548


Brinks Incorporated
7373 Solutions Center
Chicago, IL 60677-7003


Broadstone TRP Indiana, LLC
c/o Broadstone Real Estate, LLC
Rochester, NY 14604


Broadstone TRP Indiana, LLC
c/o BROADSTONE REAL ESTATE, LLC
800 Clinton Square
Lombard, IL 60148


Brookside 1161 Corporate, LLC
c/o Gama Properties LLC
33 East Cedar Street
Zionsville, IN 46077

BRT Outdoor, LLC
dba Community Digital Displays
Naperville, IL 60567


Bruce Bochenek Sales, Inc.
7318 W 90th Street
Bridgeview, IL 60455


BZA Kenosha, LLC
c/o Friedman Management Co
Southfield, MI 48033


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Canteen Refreshment Services
940 Lively Blvd
Wood Dale, IL 60191


Castleton Anchor Redevelopment LLC
PO Box 40308
Indianapolis, IN 46240


Castleton Anchor Redevelopment LLC
PO Box 40308
Indianapolis, IN 46240


CDW Direct LLC
PO Box 75723
Chicago, IL 60675


Celtic International LLC
62538 Collections Center Dr
Chicago, IL 60693-0625


Center Point Energy
02-621221148-5553152 0
Houston, TX 77251


Central Cleaning Services Inc.
PO Box #9
Dunlap, IL 61525

Central States Trucking Co
Department 888155
Knoxville, TN 37995-0001


Charles Dundas-Shaw
1841 Bushnell Ave
South Pasadena, CA 91030


Charles P Eppel
dba Eppel's Furniture Repair
5659 W Irving Park Rd.
Chicago, IL 60634


Chicago Metropolitan Fire Prev
PO Box 566
Elmhurst, IL 60126


Cintas
PO Box 631025
Cincinnati, OH 45263-1025


Citizens Energy Group
2150 Doctor M.L.K. Jr St.
Indianapolis, IN 46202


Citizens Westfield
0465800000
Indianapolis, IN 46207-7067


City of Aurora
222313-53572
Aurora, IL 60507-2697


City of Boulder Colorado
Photo Enforcement Program
Hillsboro, OR 97124


City of Chicago
Utility Billing
Chicago, IL 60680-6330


City of Chicago
Dept. of Revenue (8402)
Chicago, IL 60673-1221

City of Chicago Dept of Finance
572688-672688
Chicago, IL 60680-6330


City of Chicago Dept of Finance
715312-604755
Chicago, IL 60680-6330


City of Indianapolis
Office of Finance and Management
2260 City County Building
Indianapolis, IN 46204


City of Joliet
230751-209500
Joliet, IL 60434-5001


City of Kenosha
625 52nd Street
Kenosha, WI 53140


City of McHenry
333 S Green Street
McHenry, IL 60050


Classic Concepts, Inc.
4505 Bandini Blvd
Los Angeles, CA 90058


Classic Graphic Industries, Inc.
650 W Grand Ave, Unit 204
Elmhurst, IL 60126


Classy Art
300 N York St
Houston, TX 77003


Clear Staff Inc.
7501 S Lemont Road
Suite 220
Woodridge, IL 60517


CMFP
PO Box 750
Elmhurst, IL 60126

CMS-C Management Services LLC
306 N Quincy
Hinsdale, IL 60521

CNA Insurance
PO Box 74007619
Chicago, IL 60674

Coast to Coast Imports, LLC
1711 Latham St
Memphis, TN 38106

Coaster Co. of America
1550 Central Ave
Roselle, IL 60172

Coleman Lew Canny Bowen
6101 Carnegie Blvd
Charlotte, NC 28209

Comcast Business
PO Box 8587
Philadelphia, PA 19101-8587

Comcast Business
Acct 8529 20 086 4886917
Philadelphia, PA 19176-0219

Comcast Business
Acct 8771 10 345 3414130
Philadelphia, PA 19176

Comcast Business
ACCT 8771 40 040 0733939
Philadelphia, PA 19176

Comcast Businss
Acct 8771 10 002 0545537
Philadelphia, PA 19176

Comfort Repairs, Inc.
29W214 Lee Rd
West Chicago, IL 60185

Commonwealth Edison
Attn: Billing Dept.
Carol Stream, IL 60197

Commonwealth Edison
10 S Dearborn St., 52nd Floor
Chicago, IL 60603

Communication Company
5320 South Main Street
South Bend, IN 46614

Compliance Line, LLC
8615 Cliff Cameron Drive
Charlotte, NC 28269

Cook County Dept of Environmental
Department of Revenue
Chicago, IL 60664-1547

Core Copley, L.L.C.
c/o Core Acquisitions, LLC
10 Parkway North Boulevard, Ste. 10
Deerfield, IL 60015

Core Copley, LLC
PO Box 776086
Chicago, IL 60677-6086

Core Metropolis LLC
PO Box 1243
Northbrook, IL 60065

Core Metropolis, LLC
10 Parkway North Blvd., Ste. 120
Deerfield, IL 60015

Corman & Associates, Inc.
881 Floyd Drive
Lexington, KY 40505

Corporate Services Consultants, LLC
1015 Gay St.
Dandridge, TN 37725

Cox Automotive Mobility
Fleet Services
Chicago, IL 60677


Cozzia USA, LLC
861 S Oak Park Road
Covina, CA 91724


Crestview Collection
4300 Concorde Road
Memphis, TN 38113


Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173


Cyber Source Corporation
PO Box 742842
Los Angeles, CA 90074-2842


D&R Family limited partnership
3100 Dundee Road, Ste. 308
Northbrook, IL 60062


D&R Family Ltd Partnership
3100 Dundee Road
Suite 308
Northbrook, IL 60062


DA International
16526 106th Court
Orland Park, IL 60462


Dalyn Rug Co.
PO Box 1031
Dalton, GA 30722


DAN.COM
Tesselschadestraat 11
Holland Amsterdam


Davis Direct
229 West Main St
West Point, MS 39773

Dekaf Digital LLC
225 N New Jersey St
Indianapolis, IN 46204


Delaney Nevsimal, Esq.
6 Roundtone Lane
Barrington, IL 60010


Deliveright Logistics, Inc.
20 Pulaski St
Bayonne, NJ 07002


Delta Dental of Illinois
P O. Box 803877
Chicago, IL 60680-3877


Delta Dental of Illinois
P.O. Box 804067
Chicago, IL 60680


Delta Furniture Manufacturing
1310 Hwy 9 South
Pontotoc, MS 38863


DMI Partners, Inc.
PO Box 824622
Philadelphia, PA 19182


Douglas Floor Covering
200 Alder Drive
North Aurora, IL 60542


DOV Serrot Productions LLC
220 S Westmoreland Ave
Los Angeles, CA 90004


Downers Grove Sanitary District
2710 Curtiss Street
Downers Grove, IL 60515-0703


DSV Road, Inc.
Dept CH 10902
Palatine, IL 60055

DTS Properties, LLC
1111 Plaza Drive, Suite 200
Schaumburg, IL 60173


Duke Energy
9101 2172 0575
Charlotte, NC 28201


Duke Energy
9101 2172 0624
Charlotte, NC 28201


DuPage County Public Works
PO Box 4751
Carol Stream, IL 60197


ECS Global Inc.
200 South Wacker Drive
Chicago, IL 60606


Ecutopia
PO Box 913314
Denver, CO 80291-3314


Edward Occupational Health
29027 Network Place
Chicago, IL 60673


EJ LAUREN, LLC
2690 PELLISSIER PL
CITY OF INDUSTRY, CA 90601


EJ Lauren, LLC
201 W Everman Parkway
Fort Worth, TX 76134


Elements
2020 Industrial Blvd
Rockwall, TX 75087


Elements International Group
2020 Industrial Blvd
Rockwall, TX 75087

Elk Home
PO Box 72456
Cleveland, OH 44192


ELO Touch Solutions
26393 Network Place
Chicago, IL 60673


Emarsys North America Inc.
Dept CH 10915
Palatine, IL 60055


Empowering Girls for Life
10908 Lakeside Drive
Orland Park, IL 60467


ERA Nouveau USA
2110 Artesia Blvd #332
Redondo Beach, CA 90278


Express Toll
E-470 Public Highway Authority
Denver, CO 80217


Fabelli Italia, Inc.
3950 East 10th Court
Hialeah, FL 33013


Facility Solutions Group
PO Box 200942
Dallas, TX 75320


Fantastic International Manf
315 Longcheng Ave
Xinbei District
Jiangsu 213131


Fast Signs
3024 N University St
Peoria, IL 61604


Fastenal Industrial & Construction
PO Box 1286
Winona, MN 55987-1286

FD Home
17011 Beach Blvd Suite 900
Huntington Beach, CA 92648

Fedex
P. O. Box 94515
Palatine, IL 60094-4515

Fedex
PO Box 7221
Pasadena, CA 91109

Fedex
PO Box 10306
Palatine, IL 60055

Feizy Import & Export Co. Ltd.
13800 Diplomat Dr
Dallas, TX 75234

FGMK, LLC
2801 Lakeside Drive
Bannockburn, IL 60015

Fireman's Fund
Insurance Company
Carol Stream, IL 60132

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197

Fisher
6721 W 73rd St
Chicago, IL 60638

Fleet Genius, LLC
PO Box 715289
Cincinnati, OH 45271

Foresight Packaging Solutions
41W643 Blackberry Crossing
Elburn, IL 60119

Four Rivers Sanitation Authority
3501 Kishwaukee St.
Rockford, IL 61109


Fox Metro
A80-3754
Aurora, IL 60507-0160


Fox Valley Fire and Safety
2730 Pinnacle Dr
Elgin, IL 60124


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Frontapp, Inc.
525 Brannan St, Ste 300
San Francisco, CA 94107


Funderburk Roofing, Inc.
1987 Quincy Ct
Glendale Heights, IL 60139


Furniture Solutions Network
c/o PNC Bank
Atlanta, GA 30374


Garbage Gorilla
2863 95th Street
Naperville, IL 60564


Genesis Technologies
PO Box 1144
Bedford Park, IL 60499


Getz Fire Equipment
PO Box 419
Peoria, IL 61651


Global Furniture, USA
47 6th St
East Brunswick, NJ 08816

Global Home
301 McCullough Drive - Suite 400
Charlotte, NC 28262


Google LLC
Dept 33654
San Francisco, CA 94139


Grainger
Dept 883438533
Palatine, IL 60038-0001


Great American Finance Co
205 Noorth Wacker Dr
Chicago, IL 60606


Greentouch USA Inc.
207 Byers Creek Rd Suite D
Mooresville, NC 28117


Greenwood Place Commons, LP
117 East Washington St., Ste.#300
Indianapolis, IN 46204


Greenwood Place, LP
117 E Washington St
Suite 4200
Indianapolis, IN 46204-3614


Greyhound Plaza Associates, LP
117 East Washington St
Suite 300
Indianapolis, IN 46204


Greyhound Plaza Associates, LP
117 East Washington St., Ste. #300
Indianapolis, IN 46201


Groot, Inc.
1759 Elmhurst Rd.
Elk Grove Village, IL 60007


Grunau Company, Inc.
PO Box 74008409
Chicago, IL 60674

Guaranteed Results
Marketing LLC
Saint Petersburg, FL 33733


Guardian Protection Products
PO Box 535429
Atlanta, GA 30353-5429


Guardian Water & Power/011237
306400-000
Columbus, OH 43216


H317 Logistics
2500 Dallas Pkwy
Marietta, GA 30064


Haining Nicelink Home Furnishings
NO 1158 Xiuchuan Rd
Haining City Zhejiang Cnzhe, IL


Hegemony, Inc.
PO Box 37
Downers Grove, IL 60515


Helen Highfield
11131 Camarillo St #8
North Hollywood, CA 91602


Hendricks County Treasurer
355 South Washington Street
Danville, IN 46122


HHC USA Corp
NO 61 Xinggang Rd
Changzhou
Jiangsu Cnjia


Holland House
9420 E 33rd St
Indianapolis, IN 46235


Home Stretch
146 Furniture Dr
Nettleton, MS 38858

Homewood Disposal Service, Inc.
15-29774 1
Tinley Park, IL 60477

Homewood Disposal Services, Inc.
10-0185012-1
Tinley Park, IL 60477

Homewood Plaza
200 W Madison St
Suite 4200
Chicago, IL 60606

Hope Plumbing
1919 E 52nd St
Indianapolis, IN 46205

Howard Elliot Collection
200-A S. Mitchell Ct
Addison, IL 60101

Hudson & Canal Corp
1615 South Congress Ave
Delray Beach, FL 33445

Hudson Global Marketing LLC
297 Gerry Ave
Paterson, NJ 07503

Humano LLC
File 2482
Pasadena, CA 91199

I Love Pillow
4936 Technical Drive
Milford, MI 48381

IL Snow Removal
& Ice Service
Homer Glen, IL 60491

Illini Power Products
444 Randy Road
Carol Stream, IL 60128-8000

Illinois Commerce Commission
Transporation Division
Springfield, IL 62701


Illinois Department of Labor
160 N La Salle Dr.
Chicago, IL 60601


Illinois Department of Revenue
PO Box 19005
Springfield, IL 62794


Illinois State Treasurer's Office
Unclaimed Property Division
Springfield, IL 62701


Impact Networking, LLC
75 Remittance Drive
Chicago, IL 60657-1076


Imperial Service Systems, Inc.
PO Box 2938
Glen Ellyn, IL 60138-2938


Imprint Plus, a division of Avery
Products Corporation
Chicago, IL 60693


In Todo LLC
3756 W Avenue 40
Los Angeles, CA 90065


Industrial Battery Products
75 Remittance Drive
Chicago, IL 60675-1576


Innovation Brands Corp Inc.
DBA Proxima
New York, NY 10012


INSCCU-ASFE
PO Box 6271
Indianapolis, IN 46206-6271

Instawork
Garuda Labs, Inc.
San Francisco, CA 94107


International Storage Solution
16 Las Brisas Dr
Austin, TX 78746


Ive Got Dreams Inc.
600 W Cermak Road
Chicago, IL 60616


J. J. Keller & Associates
PO Box 6609
Carol Stream, IL 60197


Jackson Furniture Industries
180 Industrial Lane
Cleveland, TN 37364


Jacob Dietz, Inc.
130 South Ewing St
Indianapolis, IN 46201


James Campbell Company LLC
Chicago Industrial Portfolio
Chicago, IL 60691-0183


Jason Furniture Ltd d/b/a Kuka
113-11th St
Hangzhou Zhejiang Cnzhe


JB Advisory LLC
2197 NW 59th St
Boca Raton, FL 33496


JDM Logistics, Inc.
675 W Blackhawk Dr
Fort Atkinson, WI 53538


Jenny Labs Inc.
4069 Holly Ct
Weston, FL 33331

Joe Schmelzer, Inc.
966 Dexter Street
Los Angeles, CA 90042


John Silvestri Facility & Main
311 W Laura Drive
Addison, IL 60101


Johnson Controls Security
PO Box 371967
Pittsburgh, PA 15250-7967


Jola Interactive LLC
19 Talcott Road
Port Chester, NY 10573


Jonathan Louis Int'l, Inc.
544 West 130th St
Gardena, CA 90248


JPMCC 2014-C20 Lincolnwood
Town Center LLC-c/o Friedman Mgmnt
Southfield, MI 48033


Kalora
4336 Phylllis Drive
Northbrook, IL 60062


Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625


KAS Rugs
62 Veronica Ave
Somerset, NJ 08873


Kavana Decor
The Import Collection
Panorama City, CA 91402


Kelly Glass, Inc.
2400 SW Adams St
Peoria, IL 61602

Kelsey Putnam
5711 N Glenwood Ave, Apt 2
Chicago, IL 60660


Kenosha Joint Services
Att: False Alarm Payments
Kenosha, WI 53140


Kenosha Water Utility
4401 Green Bay Road
Kenosha, WI 53144


Kibo Software, Inc.
75 Remittance Dr
Chicago, IL 60675-6588


Kimberly Currie
41 Harmony Lane
Romeoville, IL 60446


Klaviyo Inc.
125 Summer St, Floor 6
Boston, MA 02111


Knickerbocker Bed Co.
PO Box 1689
Pearl River, NY 10965


Knowbility Inc.
1033 La Posada Dr
Austin, TX 78752


Koorsen Fire & Security
2719 North Arlington Ave
Indianapolis, IN 46218-3322


Korpack
290 Madsen Drive
Bloomingdale, IL 60108-2675


Kount Inc.
PO Box 71221
Charlotte, NC 28272

Krause Electrical Contractors
13921 IL Route 173
Zion, IL 60099

Kreshmore Group
14216 McCarthy Road
Lemont, IL 60439

Kyle Schuneman Designs, LLC
523 S Plymouth Ct
Chicago, IL 60605

LADWP
Acct 089 779 3217
Los Angeles, CA 90030-0909

LADWP
Acct 505 725 9466
Los Angeles, CA 90030-0808

Lake County Treasurer
2293 N Main Street
Crown Point, IN 46307-1896

Landscape Construction Corporation
PO Box 395
Richmond, IL 60071

Launch Interactive, LLC
195 Arizona Ave NE
Atlanta, GA 30307

Leap Tools Inc.
110 Cumberland Street
Toronto ON M5R 3V5

LeapingLizards Entertainment
PO Box 298
Gurnee, IL 60031

Lechner First Aid Supply
420 Kingston Court
Mount Prospect, IL 60056

Lendpro LLC
195 Riverbend Dr, Suite 4
Charlottesville, VA 22911


Liberty Furniture
6021 Greenboro Drive
Atlanta, GA 30336


Lifestyle Enterprise
529 Townsend Ave
High Point, NC 27263


Linebarger Goggan
Blair & Sampson LLP
San Antonio, TX 78265


Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693


Linon Home Decor Products Inc.
22 Jericho Turnpike
Mineola, NY 11501


Lionheart Critical
Power Specialists
Huntley, IL 60142


Lisa Lyscio
8608 E Valley View Road
Scottsdale, AZ 85250


Lite Source, Inc.
2640 E Merrill Ave
Ontario, CA 91762


Loberg Construction Company
311 E Illinois Ave
Palatine, IL 60067


Locksley Place
7300 Fulton Ave
North Hollywood, CA 91605

Loloi Rugs
4501 Spring Valley Rd
Dallas, TX 75244


LS Direct Marketing
4 Suffern Place
Suffern, NY 10901


LSC Communications
PO Box 776411
Chicago, IL 60677-6411


Lyft, Inc.
Attn: Accounts Receivable
Chicago, IL 60673


M. B. Delivery, LLC
7421 Maplewood Ave
Hammond, IN 46324


Magento, Inc.
PO Box 204105
Dallas, TX 75320-4105


Magnussen Home Furnishings Ltd.
2325 Cottonwood Ave
Riverside, CA 92508-2309


Mail America
89 Bridge Street Plaza
Wheeling, WV 26003


Mall at Gurnee Bills, LLC
c/o M.S. Managment Associates Inc.
225 West Washington St.
Indianapolis, IN 46204


Malls at Gurnee Mills, LLC
PO Box 100305
Atlanta, GA 30384-0305


Malouf
1525 West 2960 South
Logan, UT 84321

Man Wah (Macao Commerical Offs
668 North Main Street
High Point, NC 27260

Management
Attn: Customer Service
Carol Stream, IL 60197-4648

Mantua Mfg. Co.
PO Box 733644
Dallas, TX 75373-3644

Marion County Treasurer
PO Box 6145
Indianapolis, IN 46206-6145

Mark Monitor, Inc.
PO Box 931478
Atlanta, GA 31193

Marvin E. Toller
2299 Stonewood Lane
Lexington, KY 40509

Matrix Coating Solutions Inc.
140 West Grand Lake Boulevard
West Chicago, IL 60185

Matthew L. Johnson
768 Sunshine Ct
Greenwood, IN 46142

MB Delivery LLC
7421 Maplewood Ave
Hammond, IN 46324

McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690

MDC Environmental Services Inc.
3084-503043
Pittsburgh, PA 15253

Meta Platforms, Inc.
Attn: Accounts Receivable
Chicago, IL 60693


Metropolitan Software
244 Fifth Ave
New York, NY 10001


Metropolitan Wrehse & Del Corp
1050 Amboy Avenue - Unit A
Perth Amboy, NJ 08861


Mia Johnson Home
5544 Abingdon
West Bloomfield, MI 48322


Michael Clemens
Fine Touch Finishing LLC
Indianapolis, IN 46217


Minnesota Dept of Commerce
Unclaimed Property Program
Saint Paul, MN 55101


Mission Mechanical Corporation
4437 Bragdon Street
Indianapolis, IN 46226


Missouri St TRR Clint Zweifel
Unclaimed Property
Jefferson City, MO 65102-1272


MJP 1400, LLC
1900 East Golf Road, Suite 950
Schaumburg, IL 60173


MJP 14000 LLC
Delaware Limited Liability Company
Schaumburg, IL 60173


Mlily USA Inc.
11537 Kingston Park
Knoxville, TN 37934

Moe's Home Collection
18621 89th South
Kent, WA 98031


Mohawk Finishing Products Inc.
PO Box 535414
Atlanta, GA 30353-5414


Mohawk Home
450 Clarence King Dr
Calhoun, GA 30701


Monarch Specialties Inc.
4155 Autoroute Chomedey
LAVAL QC H7P0A8


Mondo Furniture SRL
Via Vincenzo Monti, No 6
Milano, NR 20123


Mondus Furniture International
PO Box 8565
Pasadena, CA 91109


Mountain Glacier LLC
PO Box 3652
Evansville, IN 47735


Mr. Rooter
2206 E Oakland Ave
Bloomington, IL 61701


MS Inspection & Logistics Inc.
Dept #78775
Detroit, MI 48278-0775


MW Electric LLC
PO Box 841
Plainfield, IN 46168


Myticas, LLC
3701 Algonquin Rd
Rolling Meadows, IL 60008

N.C. Department of Revenue
PO Box 25000
Raleigh, NC 27640


Najarian Furniture Co Inc.
265 North Euclid Ave
Pasadena, CA 91101


National Shopping Plazas, Inc.
200 West Madison Street, Suite 4200
Chicago, IL 60606


Nationwide Marketing Group
Attn: Accounts Receivable
Winston Salem, NC 27101


Netcorp Trailers, Inc.
PO Box 6340
Broadview, IL 60155


Netjets Aviation, Inc.
PO Box 933300
Atlanta, GA 31193


New Classic Home Furnishing Inc.
7351 McGuire Ave
Fontana, CA 92336


New Jersey Division of Taxation
Revenue Processing Center
Trenton, NJ 08646


NFP Corporate Services (IL)
500 West Madison St
Chicago, IL 60661


NFP Property & Casualty Service
PO Box 856595
Minneapolis, MN 55485


Nicor
1844 Ferry Road
Naperville, IL 60563

Nipsco
977-968-006-1
Merrillville, IN 46411


North Shore Gas
0612886717-00004
Carol Stream, IL 60197


Northwood Mall
Realty Holding LLC
Great Neck, NY 11021


Northwoods Shopping Center, LLC
Attn: General Counsel
180 East Broad Street, 21st Floor
Columbus, OH 43215


Nourison Industries
5 Sampson St
Saddle Brook, NJ 07663


Oak Furniture West LLC
9950 Marconi Drive
Otey Mesa, CA 92154


ODP Business Solutions LLC
PO Box 88040
Chicago, IL 60680


Office Keepers
8537 Bash Street, Suite 5
Indianapolis, IN 46250


Office of the State Treasurer
Unclaimed Property Division
Jackson, MS 39205


OH Marketing Group, LLC
21445 Bella Terra Blvd
Estero, FL 33928


Oliphant Lock & Safe, Inc.
131 Riverside Boulevard
Loves Park, IL 61111

Olympik Signs, Inc.
1130 N Garfield
Lombard, IL 60148


Oriental Weavers/Sphinx
3295 Lower Dug Gap Rd
Dalton, GA 30722


Orkin
PO Box 638898
Cincinnati, OH 45263-8898


Overdrive Transportation
2300 Boswell Road
Chula Vista, CA 91914


Pacific Coast LTG
20250 Plummer St
Chatsworth, CA 91311


Painters USA, Inc.
570 Mitchell Rd
Glendale Heights, IL 60139


Palm Imaging, Inc.
2000 Cheney Hwy
Titusville, FL 32780


Park Pointe Plaza Associates
795 Ela Road
Lake Zurich, IL 60047


Park Pointe Plaza Associates, LLC
795 Ela Rd, Suite 110
Lake Zurich, IL 60047


Parkindy, LLC
PO Box 2251
Indianapolis, IN 46206


Parkland Design
28312 SE 30th Cir
Camas, WA 98607

Parts Source, Inc.
14453 West Edison Dr
New Lenox, IL 60451


Patent Trademark Bureau
2058 County Line Road #113
Huntingdon Valley, PA 19006


Paxton Furniture Ind LLC
1020 N Gloster St
Tupelo, MS 38804


Peak Living
PO Box 237
Sherman, MS 38869


Pegasus Logistics Group, Inc.
PO Box 679018
Dallas, TX 75267


Penske Truck Leasing Co, LP
PO Box 802577
Chicago, IL 60680-2577


Peoples Gas
0612886717-00002
Carol Stream, IL 60197


Peoples Gas
0612886717-00001
Carol Stream, IL 60197


Peoples Gas
0126138083
Carol Stream, IL 60197


Peoples Gas
0603787030-00001
Carol Stream, IL 60197


Perq Software, LLC
PO Box 8088
Carol Stream, IL 60197

Physicians Immediate Care
Billing Department
Carol Stream, IL 60197-8799


Pinki Patel
2368 Handleyu Ave
Aurora, IL 60502


Pinnacle Furniture Design
6900 Overmyer Dr
Houston, TX 77008


Pinterest Inc.
PO Box 74008066
Chicago, IL 60674


Pixlee Turn To Inc.
2443 Fillmore Street
San Francisco, CA 94115


PMAIC
PMA Companies
Philadelphia, PA 19182-4870


PMAIC
Do Not Use
Philadelphia, PA 19182-4857


Precision Door Service of Indianapo
14560 Bergen Blvd Suite 100
Noblesville, IN 46060


Precision Garage Door of Chicago
18404 116th Ave. Ste. B
Orland Park, IL 60467


Premier Snow & Ice, LLC
2001 Spring Rd, Suite 150
Oak Brook, IL 60523


Primary Packaging Inc.
PO Box 75705
Cleveland, OH 44101

Prime Resources Int'l
3980 Premier Dr
High Point, NC 27265


Primedia Source
627 White Oak Way
Yorkville, IL 60560


Pro Circuit Electric
2923 W Southport Rd
Peoria, IL 61615


Proform Technologies, Inc.
7746 West 99th Street
Hickory Hills, IL 60457


Progressive
5950-E Lincoln Ave
Lisle, IL 60532


Prohau 365 LLC
Vesna Telalovic
Naples, FL 34114


Prolex Compacting Solutions
939 West Troy Ave
Indianapolis, IN 46225


Protection Plus, Inc.
2345 S Lynhurst Drive
Indianapolis, IN 46241


Proving Ground LLC
DBA Dragon Army
Atlanta, GA 30328


Purple Innovations
4100 North Chapel Ridge Road
Lehi, UT 84043


Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197

Quadient Leasing USA, Inc.
Dept 3682
Dallas, TX 75312


Quality Roofing Services
1445 Brookville Way
Indianapolis, IN 46239


R.A.S.K. & Associates, Inc.
5559 North 500 West
Mc Cordsville, IN 46055


Rakuten Rewards
999 Plaza Drive
Schaumburg, IL 60173


Rays Trash Service
Acct #279445
Clayton, IN 46118


Rays Trash Service
Acct 253982
Clayton, IN 46118


Rays Trash Service
Acct 305896
Indianapolis, IN 46206-6468


RB Enterprises
PO Box 3445
Saint Charles, IL 60174


Ready Refresh By Nestle
P.O. Box 856680
Louisville, KY 40285


Reed Dietrich
201 Honey Creek Ave NE
Ada, MI 49301


Regent Technology Group, Inc.
43 W 420 Scott Road
Sugar Grove, IL 60554

Reliable Fusniture Services of
433 NE Baker Road
Stuart, FL 34994


Republic Services
18500 N Allied Way
Phoenix, AZ 85054


Riley Murphey
766 Mosaic Cir
Oceanside, CA 92057


Rim Logistics Ltd
200 N Gary Ave
Roselle, IL 60172


Rize Home
PO Box 733644
Dallas, TX 75373


Riztex USA, Inc.
DBA Rizzy Home
Calhoun, GA 30701


RMS Properties, Inc.
1111 N Plaza Drive
Schaumburg, IL 60173


Robert Half
12400 Collections Center Dr
Chicago, IL 60693


Robert Pickett II
Electrical Services & Design LLC
Westfield, IN 46074


Robin Realty & Management Co.
1333 North Wells St.
Chicago, IL 60610


Robin Realty & Mgmnt
Arlington Plaza Limited Partnership
Minneapolis, MN 55485-6448

Rogelio Muniz
7651 Vineland Ave #101
Sun Valley, CA 91352

Rogers Pump Sales & Service, Inc.
16 S. Washington Ave.
Batavia, IL 60510

RPM Industrial Coatings Group
PO Box 535747
Atlanta, GA 30353

Russell's Trailer Repair, Inc.
2341 South West Street
Indianapolis, IN 46225

Safavieh
40 Harbor Park Drive
Port Washington, NY 11050

Sage Software, Inc.
14855 Collections Center Drive
Chicago, IL 60693

Sagebrook Home
6315 Bandini Blvd
Commerce, CA 90040

Salsify, Inc.
PO Box 0610
Dallas, TX 75312

Sams International
306 South Maple Ave
South San Francisco, CA 94080

Saw Enterprises, Inc.
105 Lamlight Circle
Summerville, SC 29483

Saw Enterprises, Inc.
105 Lamplight Circle
Summerville, SC 29483

Schneider National, Inc.
2567 Paysphere Circle
Carol Stream, IL 60197-6111


Schwaab, Inc.
PO Box 7070
Carol Stream, IL 60197


Scottsdale Center, LLC
c/o A&R Katz Management, Inc.
7335 N. Western Ave.
Chicago, IL 60645


Sealy Mattress Co.
1030 Fabyan Parkway
Batavia, IL 60510


Sebert Landscaping
PO Box 71146
Chicago, IL 60694-1146


Servpro
Lombard/Addison #11476
Chicago, IL 60660


Servpro of West Loop
5262 South Kolmar Ave
Chicago, IL 60632


Shelter Point Life Insurance
1225 Franklin Ave
Garden City, NY 11530


SHI International Corp
PO Box 952121
Dallas, TX 75395-2121


Shopper Trak Rct LLC
PO Box 7590
Carol Stream, IL 60197


Shoptelligence Inc.
330 E Liberty Street
Ann Arbor, MI 48104

Simmons
1809 Adel St
Janesville, WI 53547


Sitation, LLC
6813 Piershill Lane
Cary, NC 27519


SJW Architects & Associates, Inc.
56 Lake St.
Oak Park, IL 60302


SLF, Samuel Lawrence
1730 Marigold Ave
Redlands, CA 92374


Smedema Trucking, Inc
PO Box 73
Fox Lake, WI 53933


Sofamaster LLC
PO Box 10797
El Paso, TX 79950


Soto & Sons
8943 3rd Ave
Pleasant Prairie, WI 53158


Souce One Digital
3044 Glade Street
Muskegon, MI 49444


Soundstage USA
3996 Rhynland Drive
Sherrills Ford, NC 28673


Special T Unlimited
4835 Butterfield Rd
Hillside, IL 60162-1483


Spectrum Business
Charter Communications
City of Industry, CA 91716

Splice Software
7710-5th Street SE
Calgary AB T2H 2L9


Standard Heating & Cooling
906 SW Adams
Peoria, IL 61602


Stanley Seal Right Paving
1171 Jefferson Dr
Bolingbrook, IL 60490


State of Indiana
Office of Indiana Attorney General
Unclaimed Property Division
Greenwood, IN 46143


Step One Furniture
616-G Guilford College Rd
Greensboro, NC 27409


Steve Silver Co.
PO Box 205262
Dallas, TX 75320-5262


Storis
400 Valley Road, Suite 302
Mount Arlington, NJ 07856


Style Line Furniture
116 Godfrey Rd
Verona, MS 38879-2450


Stylecraft Lamp
Dept #6471
Birmingham, AL 35246


Sullivan Roofing, Inc.
60 E State Parkway
Schaumburg, IL 60173


Sun Mechanical Systems, Inc.
1900 E Tyler Rd
Saint Charles, IL 60174

Sunny Designs
8949 Buffalo Avenue
Rancho Cucamonga, CA 94545


Surya
1 Surya Drive
White, GA 30184


Synergy Home Furnishings LLC
576-A East Walnut
Ripley, MS 38663


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Taft Stettinius & Hollister
111 East Wacker Drive
Chicago, IL 60601


Tee Jay Service Company
958 Corporate Boulevard
Aurora, IL 60502


Temperature Control Specialties
dba TCS Basys Controls
Middleton, WI 53562


Temperature Engineering, Inc.
7475 S Madison
Willowbrook, IL 60527


Tempur-Pedic
1713 Jaggie Fox Way
Lexington, KY 40511


The Carlisle
436 East Butterfield Rd
Lombard, IL 60148


The Cincinnati Insurance Co.
P.O. Box 145496
Cincinnati, OH 45250

The Fire Guy, Inc.
1014 Star Ln
New Lenox, IL 60451


The Overhead Door Co.
of Indianapolis
Indianapolis, IN 46250


The Painting Edge LLC
PO Box 61
Carmel, IN 46082


The Scottish Plumer
PO Box 6090
Villa Park, IL 60181


The Sussman Agency
29200 Northwestern Highway
Southfield, MI 48034


The Town of Cicero
Special Events Department
Cicero, IL 60804


Ther-a-Pedic Midwest, Inc.
2350 5th St
Rock Island, IL 61201


Thompson Coburn LLP
PO Box 18379M
Saint Louis, MO 63195


Three Keys, Inc.
5106 Manning Drive
Bethesda, MD 20814


Tidal Construction Services
1121 171st St
Hazel Crest, IL 60429


Tinder Lock and Access Solutions
2802 E 55th Place
Indianapolis, IN 46220

Top-Line
1455 West Thorndale Ave
Itasca, IL 60106


Total Fire & Safety
PO Box 1939
Lowell, AR 72745


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


Tradecraft Outfitters
940 Lively Boulevard
Wood Dale, IL 60191


Traffic Displays
6767 E 30th Street
White Cloud, MI 49349


Traffix USA Inc.
PO Box 8509098
Minneapolis, MN 55485


Tramp Studio
1908 El Sereno Ave
Pasadena, CA 91103


Transport Equipment Inc.
18126 NW Frontage Rd
Shorewood, IL 60404


Travelers
PO Box 660317
Dallas, TX 75266


Trendwood Inc.
120 East Watkins St
Phoenix, AZ 85004-2924


Trifecta Networks, LLC
4027 Tampa Road, Suite 3800
Oldsmar, FL 34677

Trustpilot Inc.
PO Box 392680
Pittsburgh, PA 15251


Twin Star International
1690 South Congress Ave
Delray Beach, FL 33445


U. S. Customs and
Border Protection
Saint Louis, MO 63197


U.S. REIF Joliet SC Fee, LLC
c/o Intercontinental Real Estate Co
1270 Soldier's Field Road
Brighton, MA 02135


UKG Inc.
PO Box 930953
Atlanta, GA 31193-0953


Uline
PO Box 88741
Chicago, IL 60680-1741


Uma Enterprises, Inc.
350 West Apra Street
Compton, CA 90220


United States Treasury
PO Box 9941
Ogden, UT 84409


Unlimited Graphix
1453 Caton Farm Road
Lockport, IL 60441


Urban Roads Inc.
25401 Cabot Road
Suite 105
Laguna Hills, CA 92653


US REIF Joliet SC Fee, LLC
5170 Paysphere Circle
Chicago, IL 60674

Valassis Communications, Inc.
90469 Collection Center Drive
Chicago, IL 60693


Verizon Wireless
PO Box 16810
Newark, NJ 07101


Vertex
25528 Network Pl
Chicago, IL 60673


Viavision Group LLC
4393 Solaire Dr
Roseville, CA 95747


Vicmarr Audio Inc.
dba Technical Pro
Edison, NJ 08817


Village of Algonquin WS
2200 Harnish Dr
Chicago, IL 60675


Village of Bloomingdale
201 S Bloomingdale Rd
Bloomingdale, IL 60108


Village of Gurnee
09100-64126
Carol Stream, IL 60197


Village of Homewood
2020 Chestnut Road
Homewood, IL 60430


Village of Lombard
1051 South Hammerschmidt
Lombard, IL 60148


Village of Orland Park
15655 S Ravinia Ave #4634
Orland Park, IL 60462

Village of Romeoville
Water Billing Department
1050 W Romeo Rd
Romeoville, IL 60446


Village of Schaumburg
Attn: Collections/Business License
Schaumburg, IL 60193


Village of Steger
35 W 34th
Steger, IL 60475


Village of Woodridge
89354
Woodridge, IL 60517


Vilo Home Inc.
620 S Hambledon Ave
City of Industry, CA 91744


Vinakom Communications
860 Remington
Schaumburg, IL 60173


Vincent Electric, Inc.
205 Willilam Way
Bloomingdale, IL 60108-2924


Violino Limited
3062 Middle Two Rock Rd
Petaluma, CA 94952


Vitec, Inc.
7111 W 151 St
Overland Park, KS 66223


Vogue Home Furnishings
1020 N Gloster St #147
Tupelo, MS 38804


Volt Electric, Inc.
9S500 Bushnell Road
Big Rock, IL 60511

VSP of Illinois, NFP
PO Box 742135
Los Angeles, CA 90074-2135

W & A Distribution Services, Inc.
PO Box 309
Fort Atkinson, WI 53538

Washington Furniture Sales
PO Box 306363
Nashville, TN 37230-6363

Waste Management
800 Capitol St., Ste. 3000
Houston, TX 77002

WE Energies
0714191841-00001
Carol Stream, IL 60197

WE Energies
0714191841-00002
Carol Stream, IL 60197

Webster Property Maintenance
1029 Spring Beach Way
Cary, IL 60013

Wells Fargo Bank, NA
Equipment and Vendor Finance
Minneapolis, MN 55480

Wework
5161 Lankershim Blvd
North Hollywood, CA 91601

Wex Bank
PO Box 4337
Carol Stream, IL 60197

Whalen LLC
1578 Air Wing Rd
San Diego, CA 92154

```
WI SCTF
Box 74400
Milwaukee, WI 53274-0400


Wigstone Marketing Group LLC
169 Redmond Drive
Gilberts, IL 60136


Wilkins Media, LLC
555 Fifth Ave 18th Floor
New York, NY 10017


Windstream
P. O. Box 9001013
Louisville, KY 40290-1013


Wisconsin Dept of Revenue
PO Box 3028
Milwaukee, WI 53201-3028


Wonolo Inc.
PO Box 95725
Las Vegas, NV 89193


Woodhaven Furniture Industries
23400 US 319 N
Coolidge, GA 31738


Yeh Brothers World Trade Priva
8 Wilkie Road
Lombard, IL 60148


Zark Heating and Cooling, Inc.
14021 West Illinois Highway
New Lenox, IL 60451


Zieco Carriers of Indiana
8304 Kennedy Ave
Highland, IN 46322


Zim
5801 Lake Wright Drive
Norfolk, VA 23502
```

Zinatex Imports Inc.
2017 N 25th Ave
Franklin Park, IL 60131


Zuo
80 Swan Way
Oakland, CA 94621


Zuo Modern
80 Swan Way
Oakland, CA 94621

# United States Bankruptcy Court
## Northern District of Illinois

In re  __The RoomPlace Furniture and Mattress LLC__

                                    Debtor(s)

Case No. _____

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __The RoomPlace Furniture and Mattress LLC__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February  2, 2024__
Date

/s/ E. Philip Groben

**E. Philip Groben 6299914**

Signature of Attorney or Litigant
Counsel for   __The RoomPlace Furniture and Mattress LLC__

**Gensburg Calandriello & Kanter, P.C.**
**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
**(312) 263-2200 Fax:(312) 263-2242**