Fill in this information to identify the case:

Debtor name: **The RoomPlace Furniture and Mattress LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): **24-01530**

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A & R Katz Management Inc. 8239 Solutions Center Chicago, IL 60677-1187 | | | | | | $163,473.00 |
| Ashley Furniture Corp. 1 Ashley Way Arcadia, WI 54612 | | | | | | $154,070.00 |
| BBP II, LLC Attn: Kathy Hydo Oakbrook Terrace, IL 60181 | | | | | | $174,999.00 |
| BBP V, LLC Attn: Kathy Hydo Oakbrook Terrace, IL 60181 | | | | | | $133,777.00 |
| BBP VII, LLC FGMK-Attn: Kathy Hydo Oakbrook Terrace, IL 60181 | | | | | | $278,223.00 |
| Elements International Group 2020 Industrial Blvd Rockwall, TX 75087 | | | | | | $117,803.00 |
| FGMK, LLC 2801 Lakeside Drive Bannockburn, IL 60015 | | | | | | $300,870.00 |
| Google LLC Dept 33654 San Francisco, CA 94139 | | | | | | $899,875.00 |

Debtor **The RoomPlace Furniture and Mattress LLC**  Case number (if known) **24-01530**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Guardian Protection Products<br>PO Box 535429<br>Atlanta, GA 30353-5429 | | | | | | $171,647.00 |
| HHC USA Corp<br>NO 61 Xinggang Rd<br>Changzhou<br>Jiangsu Cnjia | | | | | | $585,083.00 |
| Jackson Furniture Industries<br>180 Industrial Lane<br>Cleveland, TN 37364 | | | | | | $248,938.00 |
| James Campbell Company LLC<br>Chicago Industrial Portfolio<br>Chicago, IL 60691-0183 | | | | | | $216,952.00 |
| Jason Furniture Ltd d/b/a Kuka<br>113-11th St<br>Hangzhou Zhejiang Cnzhe | | | | | | $379,894.00 |
| JPMCC 2014-C20 Lincolnwood Town Center LLC-c/o Friedman Mgmnt<br>Southfield, MI 48033 | | | | | | $187,142.00 |
| Proving Ground LLC DBA Dragon Army<br>Atlanta, GA 30328 | | | | | | $108,719.00 |
| Rim Logistics Ltd<br>200 N Gary Ave<br>Roselle, IL 60172 | | | | | | $267,682.00 |
| Simmons<br>1809 Adel St<br>Janesville, WI 53547 | | | | | | $460,921.00 |
| Sofamaster LLC<br>PO Box 10797<br>El Paso, TX 79950 | | | | | | $205,320.00 |
| Steve Silver Co.<br>PO Box 205262<br>Dallas, TX 75320-5262 | | | | | | $161,810.00 |
| The Sussman Agency<br>29200 Northwestern Highway<br>Southfield, MI 48034 | | | | | | $656,416.00 |